IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DENNIS HUTTO,

      Appellant,

v.

      Case No.  5D23-132
      LT Case No. 2021-SC-5637

JASON GRAVITT,

      Appellee.

_____/

Decision filed March 28, 2023

Appeal from the County Court
for Duval County,
Rhonda Denise Peoples-Waters, Judge.

Dennis T. Hutto, Jacksonville, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., HARRIS and BOATWRIGHT, JJ., concur.